BILL WATSON v. STATE.

No. A-655.    Opinion Filed September 5, 1911.

Appeal from Pontotoc County Court; Joel Terrell, Judge.

Bill Watson was convicted of violating the prohibitory law, and appeals.    Affirmed.

Crawford & Bolen, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. The record in this case has been carefully re-viewed. There are no errors urged in the brief of counsel, nor appar-ent from the record prejudicial to the rights of the plaintiff in error. The judgment of the trial court is affirmed.